```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
PENN-STAR INSURANCE COMPANY,                               :
                                                           :
                              Plaintiff,                   :
                                                           :         25-CV-02829 (VSB)
              -against-                                    :
                                                           :              ORDER
TIEBOUT HEIGHTS, LLC, et al.,                              :
                                                           :
                              Defendants.                  :
                                                           :
-------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

On April 4, 2025, Plaintiff initiated this action and requested summonses for Defendants. (Docs. 1–5, 9.) On April 15, April 16, and April 18, 2025, Plaintiff served Defendants. (Docs. 11–13.) Defendants failed to answer or otherwise respond to the Complaint by the May 6, May 7, and May 9, 2025 deadlines. (*See* Doc. 17.) On July 16, 2025, counsel for Defendant Tiebout Heights, LLC filed a Notice of Appearance. (Doc. 22.) On June 23, 2025 Plaintiff filed a motion for default judgment, (Doc. 20), a memorandum of law in support (Doc. 19), two affidavits in support of the motion for default judgment, (Docs. 19-1, 19-3), and a proposed default judgment, (Doc. 19-2). Plaintiff has failed to comply with the default judgment procedures provided in my Individual Rules & Practices in Civil Cases. Plaintiff did not prepare an order to show cause or include all necessary information in their affidavit. (*See* Doc. 19.) Accordingly, it is hereby:

ORDERED that Plaintiff follow the default judgment procedures outlined in Attachment A of my Individual Rules and Practices in Civil Cases and submit the required filings by August 1, 2025. Failure to do so may result in dismissal pursuant to Fed.R.Civ.P. 41.

      IT IS FURTHER ORDERED that Plaintiff and Defendant Tiebout Heights, LLC shall meet and confer concerning whether the Clerk's Certificate of Default, (Doc. 17), should be vacated in light of the appearance by counsel for Defendant Tiebout Heights, LLC.

SO ORDERED.

Dated:    July 17, 2025
            New York, New York

                                                  VERNON S. BRODERICK
                                                  United States District Judge