# GLANZBERG LAW FIRM, PLLC

Attorneys at Law
420 S. Riverside Avenue, #240
Croton on Hudson, NY 10520
(718) 569-7757
Jack@glanzlaw.com

AUGUST 20, 2025

<u>VIA ECF ONLY</u>
Magistrate Judge Valerie Figueredo
United Stated District Court
Southern District of New York

      Re:      Penn-Star Insurance Company v. Tiebout Heights, LLC et al
      Docket No.:  25-cv-2829

Dear Judge Figueredo:

      The undersigned represents Defendant Tiebout Heights, LLC, in the above-referenced matter. Please allow the following to serve as a joint request for an extension of time to submit a proposed joint discovery plan from August 27, 2025 to September 12, 2025.

      Counsel for Plaintiff, Steven Verveniotis, is out of office this week, and I will be out of office next week. As such, the parties are unable to meet and confer regarding the proposed joint discovery plan until after Labor Day. It is therefore respectfully requested that the time to submit the parties proposed joint discovery plan be extended to September 12, 2025.

      Also, please advise as to if/when the initial conference will be held as it does not appear as though a date has been set.

      Thank you in advance for your time and attention to this matter.

Very truly yours,

By: ___*Jack Glanzberg*___
      Jack Glanzberg, Esq.

**MEMO ENDORSED**

/s/ Valerie Figueredo
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 8/25/25

The extension requested herein is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 33.